**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Luis Emilio SANTIAGO–SIFUENTES,**
**Defendant–Appellant.**

**No. 09–10442**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2009.

Amanda R. Burch, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, Michael L. King, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Luis Emilio Santiago–Si-fuentes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Santiago–Sifuentes has filed a response. Our independent review of the record, counsel's brief, and Santiago–Sifuentes's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.